

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2016

No. 04-14-00390-CR

Paul Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5398
Honorable N. Keith Williams, Judge Presiding

# O R D E R

      This appeal is on remand from the Texas Court of Criminal Appeals. The State filed its supplemental brief on remand on October 27, 2016. Appellant's brief on remand was due November 28, 2016. Appellant has filed a motion to extend time to file his brief, asking for an additional thirty days. After review, we GRANT appellant's motion and ORDER appellant to file his supplemental brief on remand in this court on or before December 28, 2016. We remind appellant that his supplement brief should address the issues in light of the decision rendered by the Texas Court of Criminal Appeals.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court